# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **GERRYLENE WILLIAMSON** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER**: 09-736-BAJ-DLD |
| **WYETH, INC., ET AL** | |

## ORDER

A telephone status conference was held on August 25, 2011, to discuss whether current deadlines should be suspended in order to allow PLIVA to file a dispositive motion based on the recent ruling by the United States Supreme Court in *PLIVA ,Inc. v. Mensing*, ----U.S.----, 131 S. Ct. 2567 (June 23, 2011), *rehearing denied* ---S.Ct.----, 2011 WL 3557247 (U.S.), 80 USLW 3078 (August 15, 2011). Further deadlines, if required, could be set after a resolution of Pliva's motion. Matthew Moreland appeared on behalf of plaintiff, and Kristin Beckman and Tiffany Reece Clark appeared on behalf of defendant.

Counsel for plaintiff indicated that he and his client would be discussing during the next few weeks whether or not to proceed with litigation in light of the recent ruling by the Supreme Court, and counsel for defendant stated that a dispositive motion based on the recent ruling could be done quickly. Everyone agreed that all deadlines should be suspended in the interim. Accordingly,

**IT IS ORDERED** that defendant shall file a dispositve motion based on *PLIVA v Mensing* on or before September 25, 2011. The usual delays for filing the opposition shall apply. In the event further deadlines are necessary after resolution of the motion, counsel should contact the court to schedule a conference.

**IT IS FURTHER ORDERED** that all other deadlines are **STAYED** pending resolution of defendant's dispositive motion.

Signed in Baton Rouge, Louisiana, on August 25, 2011.

**MAGISTRATE JUDGE DOCIA L. DALBY**

cv38a:t:00:20